*E-Filed 3/9/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT MCKINLEY, JR.,   No. C 12-00903 RS

    Plaintiff,   **RECUSAL ORDER**

v.

AIR & LIQUID SYSTEMS CORP., et al.,

    Defendants.
_____/

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 3/9/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER