**United States District Court**
For the Northern District of California

***E-Filed 3/9/12***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT MCKINLEY, JR.,

        Plaintiff,
  v.

AIR & LIQUID SYSTEMS CORP., et al.,

        Defendants.
                                        /

No. C 12-00903 RS

**RECUSAL ORDER**

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 3/9/12

                                               RICHARD SEEBORG
                                               UNITED STATES DISTRICT JUDGE